GUSTAV GARDNER, Appellant, v. CHARLES H. GARDNER and Others, Respondents, Impleaded with TITLE GUARANTEE AND TRUST COMPANY, Appellant, and Another, Defendant.— Judgment affirmed, with costs to plaintiff as against the appellant Title Guarantee and Trust Company only. No opinion. Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ., concurred.

In the Matter of the Application of MARY E. LANDER, Respondent, v. THE VILLAGE OF ELMSFORD, Appellant.— Order reversed, with ten dollars costs and disbursements, and proceeding dismissed, with costs, on authority of *Matter of Lawrence* (179 App. Div. 903) and *Farrington* v. *City of Mount Vernon* (166 N. Y. 233.) Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ., concurred.

ALMA F. MAITLAND, as Administratrix, etc., of JOHN MAITLAND, Deceased, Respondent, v. WOLF GREENBERG, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that there is no allegation in the complaint that the decedent left any widow surviving, or any next of kin; nor is there sufficient evidence that he left a widow surviving, or that she was pecuniarily damaged by his death; and also upon the ground that the finding that defendant was negligent and decedent free from contributory negligence is against the weight of evidence. Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ., concurred. Order to be settled before Mr. Justice Thomas.

JOHANNA NELIGAN, as Administratrix, etc., Appellant, v. JOHN PECK, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Putnam and Kelly, JJ., concurred; Blackmar, J., dissented on the ground that the evidence does not justify a finding that there was any intent on the part of the intestate to make a gift *in presenti*, but rather an attempt at a testamentary disposition of the property.

EDWARD MARTIN, Respondent, v. ANNA BAUMANN, Appellant.— Motions denied. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP GOLDFARB, Appellant, v. JOHN J. GARGAN, etc., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Stay of fifteen days will be granted in order that the relator, if he be so advised, may apply for leave to the Court of Appeals. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

CHARLES V. BARKER, Respondent, v. CLIFFORD J. BARKER and Others, Appellants, and Others, Defendants.— Judgment affirmed, with costs to plaintiff, respondent. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.